## SENTENCE DATA SHEET

| | |
|---|---|
| **CRIMINAL NO.:** | H-12-639 |
| **DEFENDANT:** | JEFFREY DEROND KERSEE |
| **DEFENDANT'S IMMIGRATION STATUS:** | U.S. |
| **GUILTY PLEA:** | Count One |
| **SUBSTANCE OF PLEA AGREEMENT:** | Pursuant to Rule 11(c)(1)(A) & (B) |

The defendant agrees to:

1) plead guilty to Count One of the Indictment;

2) waive right to appeal and collaterally attack this conviction;

3) forfeit property listed in the indictment.

The government agrees to:

1) not oppose defendant's anticipated request to the Court and the United States Probation Office that he receive a three (3) level downward adjustment of his offense level for acceptance of responsibility as contemplated in U.S.S.G. Section 3E1.1(a) & (b);

2) dismiss Count Two, at sentencing, if defendant proceeds to plea in accordance with the agreement

**COUNT ONE:** <u>Transportation of Minors</u> -Title 18, U.S.C. 2423(a)

**ELEMENTS:**

1. The defendant knowingly transported an individual in interstate commerce; and

2. That individual had not attained 18 years of age; and

3. That the defendant intended that individual engage in prostitution or in any sexual activity for which a person can be charged with a criminal offense.

13

| | |
|---|---|
| **PENALTY:** | A term of imprisonment of no less than ten (10) years up to Life and a fine of up to $250,000. |
| **SUPERVISED RELEASE:** | At least 5 years up to any term of years or Life |
| **ALTERNATIVE FINE BASED ON GAIN OR LOSS:** | Not Applicable |
| **SENTENCING GUIDELINES:** | Applicable |
| **RESTITUTION:** | Applicable |
| **SPECIAL ASSESSMENT:** | $100 per count of conviction |
| **ATTACHMENT:** | Plea agreement |