UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. H-12-639 |
| | § | |
| JEFFREY DEROND KERSEE | § | |

## MOTION TO DISMISS COUNT

The United States of America, by and through Kenneth Magidson, United States Attorney, and Jennifer B. Lowery, Assistant United States Attorney, for the Southern District of Texas, requests that the Court dismiss Count Two (2) of the Indictment filed against the defendant, Jeffrey Derond Kersee, pursuant to the plea agreement.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: _____
Jennifer B. Lowery
Assistant United States Attorney
713-567-9830

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Government's Motion to Dismiss has been hand delivered to counsel for the defendant, on this the 25th day of November, 2013.

_____
Jennifer B. Lowery
Assistant United States Attorney